D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**SEP 17 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JOANNA ZHOU,<br><br>Debtor. | Case No. 8:24-bk-11297-SC<br><br>Chapter 7<br><br>ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY REAL ESTATE AGENT AND ADDENDUM WITH TIM CARR<br><br>[ APPLICATION – DK. NO. 41 ]<br><br>[ UNOPPOSED MOTION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4) ] |

      The Court has read and considered the Application by Chapter 7 Trustee to Employ Real Estate Agent and Addendum with Tim Carr ("Application"), filed by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Joanna Zhou ("Debtor"), on August 14, 2024 as Docket No. 41. The Court finds, based upon the proof of service of the notice of Application filed on August 14, 2024 as Docket No. 42 and the Declaration that No Party Requested a Hearing on Motion filed on September 16, 2024 as Docket No. 45, that proper notice of the Application has been given and that no opposition or request for hearing has been received. Accordingly, the Court finds good cause to grant the Application and the Court enters its order as follows:

1

IT IS ORDERED that:

1. The Application is approved;

2. Trustee is authorized to employ Clarence Yoshikane of Berkshire Hathaway HomeServices California Properties as the Estate's real estate agent on the terms and conditions set forth in the Application, and to be compensated equal to 5% of the gross sale price of the real property located at 190 Cecil Place, Costa Mesa, California 92627 ("Property"), to be divided evenly between buyer's agent and seller's agent according to customary practice;

3. The Trustee is authorized to allocate and pay 30% of the seller's share of broker/agent compensation to be paid to Tim Carr of Pacific Sotheby's International Realty, as consideration for Tim Carr's release of all other claims against Debtor, Estate, or the co-owner of the Property arising under an unconsummated pre-petition sale process;

4. The Trustee is *additionally* authorized to reimburse Tim Carr the sum of $7,600 out of escrow for the actual expenses he advanced out of pocket pre-petition;

5. Mr. Yoshikane is authorized to advance, without further order of the Court, up to $12,000 to make repairs and improvements, pay utilities and other miscellaneous expenses as deemed prudent in marketing the Property; and

6. The Trustee is empowered to execute a listing agreement for the Property.

###

Date: September 17, 2024

Scott C. Clarkson
United States Bankruptcy Judge